JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROY FOSTER OTIS, | ) | NO. CV 17-8456-KS |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEAN BORDERS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 15, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE